✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF _____NEVADA_____

UNITED STATES OF AMERICA

V.

DAVID ANTHONY WALES

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 2:16-mj-0002-PAL

CHARGING DISTRICTS
CASE NUMBER: 1:15-cr-0214-EJL

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of _____Idaho_____; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____(Not Applicable)_____
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) __(As ordered)__ on __(As ordered)__.
*Date and Time*

_____/s/ Peggy A. Leen_____
*Signature of Judge*

1/05/2016                              PEGGY A. LEEN, United States Magistrate Judge
*Date*                                 *Name and Title of Judge*